**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Oshani Tomar RICE, Defendant–**
**Appellant.**

No. 11–10949
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 26, 2011.

Robert G. Davies, Tiffany Hope Eggers, U.S. Attorney's Office, Pensacola, FL, Pamela C. Marsh, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph P. Murrell, Federal Public Defender's Office, Tallahassee, FL, Thomas S. Keith, Federal Public Defender's Office, Pensacola, FL, for Defendant–Appellant.

Oshani Tomar Rice, Pine Knot, KY, pro se.

Before EDMONDSON, CARNES and KRAVITCH, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Oshani Rice, in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant, because counsel believes that the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues of merit, counsel's motion to withdraw is **GRANTED,** and Rice's conviction and sentence are **AFFIRMED.**